IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) LAWRENCE RUIZ and<br>2) WILLIAM HUTCHINSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>1) TOWN OF VIAN,<br><br>    Defendant. | No.   15-CV-95-RAW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Lawrence Ruiz and William Hutchinson, by and through their attorney of record, Charles C. Vaught of Armstrong & Vaught, P.L.C., and pursuant to FED. R. CIV. P. 41, hereby **DISMISSES WITH PREJUDICE TO REFILING** all claims and causes of action filed herein against the Defendant. The Defendant join Plaintiff in their stipulation for Dismissal With Prejudice.

Dated the 19th day of November 2015.

Respectfully submitted,

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
cvaught@a-vlawlaw.com
2727 East 21st Street, Suite 505
Tulsa, Oklahoma 74114
*Attorney for Plaintiff*

1